# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Harold Harris and Jeff Scott | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:20-cv-0595 |
| Atomic Transport, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atomic Transport, LLC
c/o Christopher Mallot (statutory agent)
5 Ricky Court
Fairfield, Ohio 45014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James L. Simon
5000 Rockside Road
Liberty Plaza - Suite 520
Indepdence, Ohio 44131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/15/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12) Summons in a Civil Action Page 2

Civil Action No. 3:20-CV-0595

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Atomic Transport, LLC, CHRISTOPHER MALLOT
was received by me on *(date)* July 27 2020

☒ I personally served the summons on the individual at *(place)* 5 RICKY CT FAIRFIELD OH 45014 on *(date)* July 29 2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 29 2020

*Server's signature*

STEPHEN NOVOTNI
*Printed name and title*

9916 KENWOOD RD BLUE ASH OH 45242
*Server's address*

Additional information regarding attempted service, etc: